IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NEIL BRADSHAW dba STONE PLUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS PEREZ, Secretary of Labor, Mine Safety and Health Administration, <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br><br> Case No. 2:16-cv-00646-DN-PMW <br><br> District Judge David Nuffer <br> Magistrate Judge Paul M. Warner |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on September 15, 2017 recommends that the case be dismissed without prejudice.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[2] is adopted in its entirety.

---

[1] Report and Recommendation, docket no. 4, filed September 15, 2017.

[2] *Id*.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED and this case is DISMISSED without prejudice.

The Clerk is directed to close the case.

Signed October 4, 2017.

BY THE COURT

David Nuffer
United States District Judge

---

[3] Report and Recommendation, docket no. 4, filed September 15, 2017.